IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEVEN MICHAEL CAPSHAW
Reg. #12840-002                                                                                      PETITIONER

VS.                            NO. 2:17-CV-00097-BRW-JTK

GENE BEASLEY, *Warden*
FCI – Forrest City Low                                                                          RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, I approve and adopt the findings and recommendations in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of September, 2017.

                                        /s/ Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE